REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

- FILED -
JUL 22 2020
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:20-CR-41 |
| | ) | Violations: |
| NATHAN KAISER | ) | 26 U.S.C. §§ 5861(d) and |
| | ) | 5861(i), and |
| | ) | 18 U.S.C. § 922(o) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 13, 2020, in the Northern District of Indiana,

NATHAN KAISER,

defendant herein, the owner and operator of Darkside Armory, a federally licensed firearms dealer, knowingly received and possessed a firearm as defined in 26 U.S.C. § 5845(a) and (b), to wit: a STEN-type machinegun receiver which was not registered to him in the National Firearms Registration and Transfer Record;

All in violation of 26 U.S.C. § 5861(d).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about February 13, 2020, in the Northern District of Indiana,

NATHAN KAISER,

defendant herein, the owner and operator of Darkside Armory, a federally licensed firearms dealer, knowingly received and possessed a firearm as defined in 26 U.S.C. § 5845(a) and (b), to wit: a STEN-type machinegun receiver, not identified by a serial number as required by chapter 53 of Title 26;

All in violation of 26 U.S.C. § 5861(i).

**THE GRAND JURY FURTHER CHARGES:**

COUNTS 3 – 16

On or about February 13, 2020, in the Northern District of Indiana,

NATHAN KAISER,

defendant herein, the owner and operator of Darkside Armory, a federally licensed firearms dealer, knowingly received and possessed a firearm as defined in 26 U.S.C. § 5845(a) and 18 U.S.C. § 921(a)(24) which was not registered to him in the National Firearms Registration and Transfer Record;

Count 3: a silencer bearing serial number 00010;
Count 4: a silencer bearing serial number 00011;
Count 5: a silencer bearing serial number 00012;
Count 6: a silencer bearing serial number 00013;
Count 7: a silencer bearing serial number 00014;
Count 8: a silencer bearing serial number 00015;
Count 9: a silencer bearing serial number 00016;
Count 10: a silencer bearing serial number 00017;
Count 11: a silencer bearing serial number 00018;
Count 12: a silencer bearing serial number 00019;
Count 13: a silencer bearing serial number 00020;
Count 14: a silencer bearing serial number 00021;
Count 15: a silencer bearing serial number 00022;
Count 16: a silencer bearing serial number 00023.

All in violation of 26 U.S.C. § 5861(d).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 17

On or about February 13, 2020, in the Northern District of Indiana,

NATHAN KAISER,

defendant herein, the owner and operator of Darkside Armory, a federally licensed firearms dealer, knowingly possessed a machine gun, as defined in 26 U.S.C. § 5845(b), to wit: a bump-stock type device;

All in violation of 18 U.S.C. § 922(o).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 17 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and 28 U.S.C. §2461(c).

Upon conviction of the firearms offenses alleged Counts 1 through 17 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), the firearms involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By: Stacey R. Speith
Assistant United States Attorney